IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHRISTINA P. JOHNSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 17-1066 |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this   27th   day of June, 2017, upon consideration of Defendant Equifax Information Services LLC's Motion to Transfer Venue to the Northern District of Georgia, Atlanta Division (Doc. No. 6), Plaintiff's Response to Defendant Equifax Information Services LLC's Motion to Transfer Venue to the Northern District of Georgia, Atlanta Division, Defendant Equifax Information Services LLC's Reply in Support of Motion to Transfer Venue to the Northern District of Georgia, Atlanta Division, and Plaintiff's Response to Defendant's Reply, Filed April 18, 2017, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. This case shall be **TRANSFERRED** to the United States District Court for the Northern District of Georgia, Atlanta Division.  It is further **ORDERED** that Plaintiff's request for oral argument and leave to amend the Complaint are **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE